IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DAVID CRUMBY,
REG. #07695-088                                                                                    PLAINTIFF

2:06CV00118JMM/HDY

LINDA SANDERS, et al.                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 7th day of June, 2006.


_____
United States District Judge

1